**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Speed Trans, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  45-4969430

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3701 Pacific Highway East**<br>**Tacoma, WA 98424**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pierce**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | **Speed Trans, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Speed Trans, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Speed Trans, LLC** Case number (*if known*)
_____
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Speed Trans, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 11, 2023**
MM / DD / YYYY

**X** **/s/ Arashdeep Singh**                                   **Arashdeep Singh**
Signature of authorized representative of debtor                Printed name

Title  **Owner**

**18. Signature of attorney**

**X** **/s/ Jennifer L. Neeleman**                              Date  **July 11, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Jennifer L. Neeleman 37374**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone  **(425) 212-4800**        Email address  **courtmail@expresslaw.com**

**37374 WA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Speed Trans, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bainbridge Media Group** 223 Ihand Way NW Bainbridge Island, WA 98110 | | Business Consulting Services | | | | $8,000.00 |
| **Baker Roadrunner Towing, Inc.** 3988 Highway 201 Ontario, OR 97914 | | Truck Towing Services | | | | $4,300.00 |
| **COLCO, LLC** 8380 Farm to Market Rd Whitefish, MT 59937 | | Lease Arrears | | | | $44,000.00 |
| **England Logistics** 1325 South 4700 West Salt Lake City, UT 84104 | | Tires | | | | $4,477.86 |
| **Gurdev Singh** 15810 SE 255th St. Kent, WA 98042 | | Truck Driving Services | | | | $20,654.89 |
| **Gurjit Singh** 27874 53rd Pl S Auburn, WA 98001 | | Truck Driving Services | | | | $109,563.53 |
| **GWP Holding** c/o David Soles 2201 SW 152nd St. Seattle, WA 98166 | | Parking Services | | | | $15,193.96 |
| **Harmandeep Singh** 15810 SE 255th St. Kent, WA 98042 | | Truck Driving Services | | | | $123,696.74 |
| **IRS Centralized Insolvency** P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $100,000.00 |

| Debtor | Speed Trans, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **L&T Towing, Inc.** **459 North Colusa St.** **Willows, CA 95988** | | **Towing** | | | | $34,202.50 |
| **McLeod Software** **100 Corporate Parkway, #100** **Birmingham, AL 35242** | | **Software Subscription** | | | | $13,090.19 |
| **Navigators Insurance Co** **P.O. Box 30864** **New York, NY 10087** | | **Insurance** | | | | $115,000.00 |
| **NCSS** **P.O. Box 862** **Kent, WA 98035** | | **IT Services** | | | | $9,821.02 |
| **Omnitracs** | | **Monitoring Services** | | | | $15,000.00 |
| **Pomps Tire Service** | | **Tires** | | | | $3,987.78 |
| **Premier Truck Group** **2290 South 5370 West** **Salt Lake City, UT 84120** | | **Insurance** | | | | $7,534.31 |
| **Samsara Network** **P.O. Box 735462** **Dallas, TX 75373-7452** | | **Truck Camera and Tracking** | | | | $35,064.70 |
| **Sukhbir Singh** **1302 39th Street SE** **Puyallup, WA 98372** | | **Truck Driving Services** | | | | $43,958.00 |
| **WA Department of Revenue** **2101 4th Ave, Ste 1400** **Seattle, WA 98121** | | **Taxes** | | | | $10,000.00 |
| **Waraich Logistics, LLC** **1302 39th Street SE** **Puyallup, WA 98372** | | **Truck Driving Services** | | | | $59,387.86 |

ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104

BAINBRIDGE MEDIA GROUP
223 IHAND WAY NW
BAINBRIDGE ISLAND, WA 98110

BAKER ROADRUNNER TOWING, INC.
3988 HIGHWAY 201
ONTARIO, OR 97914

BRETT RAMSAUR
950 PACIFIC AVE, SUITE 1030
TACOMA, WA 98402

COLCO, LLC
8380 FARM TO MARKET RD
WHITEFISH, MT 59937

COMMERCIAL CREDIT GROUP
525 NORTH TRYON ST., STE 1000
CHARLOTTE, NC 28202

DOBBS PETERBUILT
2800 136TH AVE. CT. E
SUMNER, WA 98390

ENGLAND LOGISTICS
1325 SOUTH 4700 WEST
SALT LAKE CITY, UT 84104

GCR
1671 LINCOLN AVE.
TACOMA, WA 98421

GURDEV SINGH
15810 SE 255TH ST.
KENT, WA 98042

GURJIT SINGH
27874 53RD PL S
AUBURN, WA 98001

```
                GWP HOLDING
                C/O DAVID SOLES
                2201 SW 152ND ST.
                SEATTLE, WA 98166


                HARMANDEEP SINGH
                15810 SE 255TH ST.
                KENT, WA 98042


                IRS
                CENTRALIZED INSOLVENCY
                P.O. BOX 7346
                PHILADELPHIA, PA 19101-7346


                KENWORTH SALES
                C/O JERMONE IDAHO
                KENWROTH SALES CO 322
                JEROME, ID 83338


                L&T TOWING, INC.
                459 NORTH COLUSA ST.
                WILLOWS, CA 95988


                MCLEOD SOFTWARE
                100 CORPORATE PARKWAY, #100
                BIRMINGHAM, AL 35242


                NAVIGATORS INSURANCE CO
                P.O. BOX 30864
                NEW YORK, NY 10087


                NCSS
                P.O. BOX 862
                KENT, WA 98035


                OMNITRACS



                PACIFIC OFFICE AUTOMATION
                14747 NW GREENBRIER PARKWAY
                BEAVERTON, OR 97006


                POMPS TIRE SERVICE
```

PREMIER TRUCK GROUP
2290 SOUTH 5370 WEST
SALT LAKE CITY, UT 84120


RL INSURANCE CO.
P.O. BOX 844122
KANSAS CITY, MO 64184-4122


SAMSARA NETWORK
P.O. BOX 735462
DALLAS, TX 75373-7452


SUKHBIR SINGH
1302 39TH STREET SE
PUYALLUP, WA 98372


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000


WA EMPLOYMENT SECURITY DEPT
PO BOX 34949
SEATTLE, WA 98124-1949


WARAICH LOGISTICS, LLC
1302 39TH STREET SE
PUYALLUP, WA 98372

# United States Bankruptcy Court
## Western District of Washington

In re **Speed Trans, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Speed Trans, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 11, 2023** | **/s/ Jennifer L. Neeleman** |
| Date | **Jennifer L. Neeleman 37374** |
| | Signature of Attorney or Litigant |
| | Counsel for **Speed Trans, LLC** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |