NEELEMAN LAW GROUP
1403 8th Street
Marysville, WA 98270
Telephone 425-212-4800
Fax 425-212-4802

The Honorable Mary Jo Heston

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

SPEED TRANS, LLC,

Debtor-in-Possession

Case No.: 23-41110

**STIPULATION BETWEEN THE DEBTOR IN POSSESSION AND COLCO, LLC FOR THE REJECTION OF LEASE AGREEMENT AND TREATMENT OF CLAIMS**

Comes now the Debtor-In-Possession, Speed Trans, LLC, (the "Debtor") and Colco, LLC, a creditor in the above-referenced case (the "Landlord") by and through their respective counsel, hereby stipulate and agree as follows:

## BACKGROUND

1. The Debtor filed a petition under Chapter 11, Subchapter V on July 11, 2023 (the "Petition Date"). The Debtor is operating its business and managing its affairs as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

2. As of the Petition Date, the Debtor operated its business out of a leasehold premises located at 3701 Pacific Highway East, Fife, Washington 98424 (the "Property") pursuant to the terms of a lease agreement with an effective date of January 11, 2022 (herein "Lease Agreement", a copy of which is attached hereto as "Exhibit A"), entered into by and between the Debtor and Landlord. The Debtor and Landlord are collectively referred to herein as the "Parties."

Stipulation Regarding Rejection of Lease

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Case 23-41110-MJH    Doc 146    Filed 11/28/23    Ent. 11/28/23 18:24:11    Pg. 1 of 6

3. The Lease Agreement provided for a term of eighty-six months commencing May 1, 2022 and expiring on June 30, 2029. As provided in Article 4, the Lease Agreement is a triple net (NNN) lease, whereby the Debtor owes the monthly rent amount plus property expenses, including real estate taxes, insurance, and maintenance (collectively, "Rent").

4. Under Article 5 of the Lease Agreement, the Debtor delivered to Landlord a security deposit in the amount of $41,195.00 (the "Security Deposit").

5. The Landlord filed an amended proof of claim on September 27, 2023, asserting that the following amounts were owed under the Lease Agreement:

    a. Pre-petition amounts totaling $55,737.85 (the "Pre-Petition Claim"), which includes 2022 and 2023 NNN and late fees, and prorated July rent and NNN for July 1-10, 2023.

    b. Post-petition amounts entitled to administrative priority totaling not less than $70,907.50 plus attorneys' fees (the "Administrative Claim"), which includes prorated July rent and NNN for July 11-31, 2023, August rent and NNN, late fees, and interest.

6. Counsel for the Landlord has incurred post-petition attorneys' fees in the approximate amount of $30,000.00, which are recoverable under the Lease Agreement and that the Landlord asserts are entitled to administrative expense priority.

7. In an effort to minimize continuing costs to the estate, including post-petition administrative fees as well as reduce ongoing monthly expenses, the Debtor has decided to relocate its business operations and reject the Lease Agreement with the Landlord.

Stipulation Regarding Rejection of Lease

1403 8th Street  
Marysville, WA 98270  
P 425.212.4800 ‖ F 425.212.4802

**Neeleman Law Group**

Case 23-41110-MJH    Doc 146    Filed 11/28/23    Ent. 11/28/23 18:24:11    Pg. 2 of 6

# STIPULATION

8. Based upon the foregoing, and subject to Court approval the Parties have agreed to the termination of the Lease Agreement pursuant to 11 U.S.C. § 365(a) as of November 1, 2023.

9. As of November 5, 2023, the Debtor has vacated the Property and completed a final walk-through with the Landlord.

10. The Debtor asserts an ownership interest in a paint booth that is currently located at the Property. The parties have agreed, subject to Court approval and notice to any parties who may assert an interest in the paint booth, that the Debtor will convey, pursuant to 11 U.S.C. § 363(f), all of its right, title and interest in the paint booth to Landlord, in exchange for a credit in the amount of $14,542.85 to be applied against Landlord's Pre-Petition Claim of $55,737.85.

11. The Parties agree to the following treatment of the Pre-Petition Claim and Administrative Claim filed by Landlord on September 27, 2023:

    a. **Pre-Petition Claim amount of $55,737.85**. The Pre-Petition amount will be offset by the Security Deposit in the amount of $41,195.00. Further, the Parties agree that the credit of $14,542.85, provided in exchange for the estate's interest in the paint booth, will be applied against the Pre-Petition Claim and fully satisfy the remaining amount of such claim.

    b. Any outstanding balance for additional prepetition amounts due to the Landlord, including for any unpaid prepetition utilities owed to the City of Fife, will be paid to the Landlord as a general non-priority unsecured claim and will be paid as a Class 5 claim with treatment as set forth in Debtor's Amended Plan. Landlord will file an amended proof of claim within 30 days of the effective date of the Plan evidencing such additional amounts.

    c. **Administrative Claim in the amount of $70,907.50**. The Parties acknowledge that the Debtor tendered a payment to the Landlord in the

Stipulation Regarding Rejection of Lease

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Case 23-41110-MJH    Doc 146    Filed 11/28/23    Ent. 11/28/23 18:24:11    Pg. 3 of 6

amount of $23,214.13, which reduced the balance of the Administrative Claim to $47,693.37, plus Landlord's attorneys' fees totaling $30,000. The Administrative Claim will be paid pursuant to the terms of the Debtor's Amended Plan as follows:

  i. Two (2) payments in the amount of $15,000.00 each to be paid on or before December 20, 2023 and January 20, 2024.
  ii. The remaining balance of the Administrative Claim, in the amount of $47,693.37, shall as of the effective date of the Amended Plan accrue interest at the rate of 5.36% per annum and will be paid in monthly payments of $4,700.00 per month. Payments will be made on the 1st of each month beginning February 1, 2024, and continuing until paid.
  iii. The remaining balance of the Administrative Claim as set forth above may be adjusted by additional sums determined owed by the Debtor to Landlord, including amounts owed by the Debtor for post-petition utilities and additional accrued attorneys' fees. The Parties agree that any proof of claim setting forth any additional claim for damages or expenses or other administrative expenses incurred post-petition, shall be filed within 30 days from the effective date of the Amended Plan.

12. The terms and provisions of this Stipulation will be incorporated into Debtor's Amended Plan as an exhibit for the treatment of the claims of Landlord. Following the entry of an order approving this Stipulation, and upon the filing of Debtor's Amended Plan incorporating the terms of this Stipulation, Landlord agrees to vote in favor of Debtor's Amended Plan.

13. The Debtor's Amended Plan provides for the rejection of the sublease between the Debtor and Joe & Son's Auto Body, LLC ("Subtenant") pursuant to 11 U.S.C. § 365 and elimination of the Subtenant's interest in the Property. The Subtenant's interest in the Property will be limited to the terms of a new lease agreement to be negotiated between Subtenant and

Stipulation Regarding Rejection of Lease

1403 8th Street | **Neeleman**
Marysville, WA 98270 | **Law**
P 425.212.4800 ‖ F 425.212.4802 | **Group**

Case 23-41110-MJH    Doc 146    Filed 11/28/23    Ent. 11/28/23 18:24:11    Pg. 4 of 6

Landlord. The Debtor waives any right it has to collect rent from the Subtenant after November 1, 2023 and all future rent due by Subtenant shall be payable to Landlord in accordance with the agreement to be reached between Landlord and Subtenant.

14. Landlord agrees to waive its unsecured rejection damages claim for future amounts due under the Lease Agreement.

15. If this Bankruptcy Case is dismissed or converted to a case under Chapter 7 of the Bankruptcy Code, or if the Debtor fails to confirm the Amended Plan incorporating the terms of this Stipulation, the Landlord's compromise of its claims herein shall be null and void and Landlord shall retains its rights to assert a claim to enforce the full amount of its Administrative Claim, Pre-Petition Claim, and unsecured rejection damages claim against Speed Trans, LLC pursuant to the terms of the Lease Agreement. The rights herein shall exist notwithstanding the terms of the Article X of the Debtor's Amended Plan and shall control over any discharge provisions in the Amended Plan and order confirming the Amended Plan.

16. Nothing contained herein is intended or shall be construed as: (i) an admission as to the amount of, basis for, or validity of any claim against the estate under the Bankruptcy Code or other applicable non bankruptcy law; (ii) a waiver of Debtor's or any other party in interest's right to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; or (iv) an implication or admission that any particular claim is of any particular type.

17. The Debtor shall be responsible for filing and prosecuting a motion seeking approval of this Stipulation. Landlord agrees that any such motion may be heard on shortened time.

Stipulation Regarding Rejection of Lease

1403 8th Street  
Marysville, WA 98270  
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Case 23-41110-MJH    Doc 146    Filed 11/28/23    Ent. 11/28/23 18:24:11    Pg. 5 of 6

1     Dated this day of 28th November, 2023

NEELEMAN LAW GROUP, P.C.

/s/ Jennifer L. Neeleman
Jennifer L. Neeleman, WSBA #37374
*Attorney for Speed Trans, LLC*

Dated this 28th day of November, 2023

K&L Gates, LLP

/s/ Brian T. Peterson
Brian T. Peterson, WSBA #42088
*Attorney for Colco, LLC*

Stipulation Regarding Rejection of Lease

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Case 23-41110-MJH    Doc 146    Filed 11/28/23    Ent. 11/28/23 18:24:11    Pg. 6 of 6