Form ntcconf (01/2014)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:

    Speed Trans, LLC

    Debtor(s).

Case Number: 23–41110–MJH
Chapter: 11

---

## NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **January 9, 2024** by U.S. Bankruptcy Court Judge **Mary Jo Heston**.

Dated: January 9, 2024

                                                  Gina Zadra Walton
                                                Clerk, U.S. Bankruptcy Court